IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - x
                               :

UNITED STATES OF AMERICA,         :

                               :

      v.                      :     Criminal No. TMD-06-4572

                               :

RODNEY C. THOMAS,               :

                               :

           Defendant.      :
- - - - - - - - - - - - - - - - - x   Greenbelt, Maryland

                                    January 8, 2007

**PLEA**

BEFORE:                THE HONORABLE THOMAS DiGIROLAMO, Judge

APPEARANCES:          HOLLIS WEISMAN, Esq.
                       United States Attorneys Office
                       6500 Cherrywood Lane, Suite 400
                       Greenbelt, MD 20770
                           On behalf of the Government

                       JAMES E. McCOLLUM, Esq.
                       7309 Baltimore Avenue, Suite 117
                       College Park, MD 20741
                           On behalf of the Defendant

Audio Operator:       Pat Fosbrook

Transcription Company:  CompuScribe
                       5100 Forbes Boulevard, #102
                       Lanham, MD. 20706
                       (301) 577-5882

Proceedings recorded by electric sound recording, transcript
produced by transcription service.

EXHIBIT

1

lnc

# I N D E X

|  | Page |
|---|---|
| Preliminary Discussion | 3 |
| Court Qualifies Defendant | 4 |
| Statement of Facts by Ms. Weisman, Esq.<br>    Attorney for the State | 4 |
| Comments by Mr. McCollum, Esq.<br>    Attorney for the Defendant | 6 |
| Defendant Allocution | 8 |
| Sentencing by Judge DiGirolamo | 9 |

1                  P R O C E E D I N G S

2     THE COURT:  Good morning.

3          MR. McCOLLUM: Good morning, James E. McCollum, Jr.,

4     for Mr. Thomas, he is to my right.

5          THE COURT:  Good morning, Mr. McCollum and Mr.

6     Thomas.  Ms. Weisman?

7          MS. WEISMAN: Your Honor, it is my understanding that

8     the defendant --- two in this case.  Possession of a gun

9     and ---.  If the Court accepts the --- we move to nol pros the

10    remaining charges.  We are recommending the Court impose ---

11    and the total of ---.

12          THE COURT:  Probation too or just the fines?  Let me

13    just -- the citations let me see.  The weapons, is that the one

14    in the --- for there are a couple of weapons citations, I

15    think.

16          MR. McCOLLUM:  There is four, Your Honor.

17          MS. WEISMAN: Yes, they don't actually send me

18    the ---.

19          MR. McCOLLUM: It is 00887040.

20          THE COURT:  Okay, that is possession of a weapon and

21    I don't have a speeding citation. I have got improper display

22    of a plate, or to attach a plate and a tag cover, having a tag

23    cover.  You have a speeding citation.

24          MR. McCOLLUM:  I have a number, ends as 37, is a

25    speeding citation, Your Honor.

lnc

4

1          THE COURT:  No, for some reason I don't have 37.

2   Might have got split out but it is the one ending in 37, speed.

3          MR. McCOLLUM:  Yes, sir.

4          THE COURT:  Okay.  I think we will have to add that

5   to the docket.  Okay.

6          MR. McCOLLUM:  I have a copy of the citation here,

7   Your Honor.

8          THE COURT:  But it should be 0887037, is that right,

9   Mr. McCollum?

10         MR. McCOLLUM: Yes, sir.  Yes, sir.

11         THE COURT:  All right, sir.  Plea to the speed, plea

12  to possession of a weapon, recommendation is fines and costs

13  totally $500, no recommendation for probation.

14         MS. WEISMAN:  Correct, Your Honor.

15         THE COURT:  Okay, very well.  Mr. McCollum is that

16  correct?

17         MR. McCOLLUM:  Just one thing, I thought she was

18  going to recommend probation, Your Honor, based on our

19  conversation.

20         THE COURT:  Okay, well looks like they are just

21  recommending the fine, so.

22         MR. McCOLLUM:  Right, okay.

23         THE COURT:  Mr. Thomas, before I can accept your

24  plea, we need to go over a few things with you.  It is my

25  understanding, Mr. Thomas, that you are pleading guilty to two

1  charges today, speeding and possession of a weapon, is that

2  correct?

3           THE DEFENDANT:  Yes, sir.

4           THE COURT:  You understand that you don't have to

5  plead guilty to anything if you don't want to?

6           THE DEFENDANT:  Yes, sir.

7           THE COURT:  Do you understand that by pleading

8  guilty, you are giving up your right to go to trial?

9           THE DEFENDANT:  Yes, sir.

10          THE COURT:  Okay.  In this case, Mr. Thomas, the

11 Government is recommending that I impose fines in this case

12 which I am going to do.  By law, however, the fine on each

13 charge could actually get up to $5,000, do you understand that?

14          THE DEFENDANT:  Yes, sir.

15          THE COURT:  And understanding all that, it is your

16 desire to plead guilty to these two charges today?

17          THE DEFENDANT:  Yes, sir.

18          THE COURT:  Okay.  What I am going to do at this

19 time is ask Ms. Weisman to give me a statement of facts, so you

20 all can be seated.  Thank you.  Ms. Weisman, you have a

21 statement of facts?

22          MS. WEISMAN:  I do, Your Honor.  We would proffer,

23 Your Honor, that on September 24, of this year, about 6:30 in

24 the morning, Officer --- was working the second traffic detail

25 on Baltimore Washington Parkway, he is with the U.S. Park

1   Police and the Baltimore Washington Parkway is in ---

2   Department of the Park Service.  He saw a Silver 2002 Mercedes,

3   Maryland tag --- traveling at a very high rate of speed passing

4   other vehicles.   --- radar gun and determined that the vehicle

5   was traveling 77 miles an hour in a posted 55 mile an hour

6   area.

7          The vehicle had a rear license cover that made

8   viewing the tag unreadable.  And ---.  He also turned on his

9   emergency lights in an attempt to stop him.  The Mercedes did

10  not stop and --- exited the parkway and --- exit ramp before he

11  even ---.

12         Also, however --- he was driving, dependant was ---

13  various --- police officer.  And they were on Officer's ---

14  security officer at NASA who was ---.  The police officer

15  continued -- there were two officers there, continued speaking

16  with the defendant.  The officer asked the defendant, after

17  initial conversation, did he have a weapon in the car and the

18  defendant said yes.  He told the officer that he had some

19  ammunition in the trunk.

20         Officer --- in the car and the defendant said yes.

21  The officer also --- search of the vehicle, there was a --- he

22  told the officer that he had a loaded gun in the car and turned

23  out to a --- semi automatic handgun located under the passenger

24  seat in reach of the driver.

25         In addition, there was ammunition in the trunk and

1   handcuffs and other insignia --- police officer in the vehicle.

2   The defendant also turned out to be a part time security

3   officer at a new establishment ---, I am sorry, in Baltimore.

4            The guard was taken into custody, and if --- the

5   area of operation.  The area that the defendant was stopped was

6   in ---.

7            THE COURT:  Mr. McCollum, any facts, any corrections

8   or additions?

9            MR. McCOLLUM:  Just a couple of minor points, Your

10  Honor.  Mr. Thomas was licensed by NASA and upon his front of

11  his license is a NASA security police officer, not just

12  security guard.  Just wanted to point that out for the record,

13  Your Honor.

14           THE COURT:  All right, thank you.  On the basis of

15  the factual statement, I am going to find and enter a verdict

16  of guilty on the speed and possession of the weapon.

17  Mr. McCollum, do you wish to be heard?

18           MR. McCOLLUM:  Just briefly, Your Honor.  My client

19  was born in 1982, his parents are sitting on the back row.

20  There is no criminal record.  He actually had a Maryland

21  license as a security guard to carry a weapon and he also was

22  licensed by NASA as a security police officer.  As you know how

23  the statute is written in this case, it is the element about

24  performance of duties.

25           He didn't realize that the Parkway is federal land,

1  that he couldn't have his gun and unfortunately there is no

2  exception in this statute for the fact that he had these

3  various licenses and that is why we ended up here.  He is a

4  wonderful young man.

5          He has been to college.  He went to DuVall High

6  School, no criminal record, no juvenile record.  It is just --

7  coming down Route 1 on 95, wouldn't be here quite frankly.

8  That is really what this case is about.  He was actually

9  obeying the law as he understood it and like I said, just

10  coming down the Parkway and going through the stretch where it

11  is federal property is why we ended up here today.

12          THE COURT:  All right, thank you, Mr. McCollum.  Mr.

13  Thomas, would you stand up, sir.

14          MS. WEISMAN:  If I could just respond to one comment

15  made.

16          THE COURT:  Go ahead.

17          MS. WEISMAN:  It was illegal for the defendant to

18  carry that weapon in that manner anywhere in the State of

19  Maryland.  It was also illegal to speed anywhere in the State

20  of Maryland.

21          THE COURT:  Mr. Thomas, anything you want to say at

22  this time?

23          THE DEFENDANT:  Only thing is, just like my attorney

24  said, that I was not aware of the law that it was federal land

25  and I was sworn in by the Federal Government, so I felt that I

lnc

9

1  wasn't doing anything too wrong.

2         THE COURT:  All right, well now you know, so I am

3  going to go along with the recommendation of the fines only.

4  Each charge will be $215 fine, each charge will carry a $10

5  special assessment and a $25 processing fee.  I think that

6  totals $500.  Mr. McCollum, how much time would you all want to

7  pay that?

8         MR. McCOLLUM:  30 days, Your Honor.

9         THE COURT:  Okay, make it 30 days.  And Mr. Thomas,

10  the clerk has paperwork for you.  What you need to do is mail

11  your fine in by check or money order in the envelope that the

12  clerk is going to provide you with okay. You can come on up and

13  get your papers.  Thank you, Mr. McCollum.

14         MR. McCOLLUM:  Thank you very much, Your Honor.

15         (Whereupon, the hearing concluded.)

16

17

18

19

20

21

22

23

24

25

lnc

# C E R T I F I C A T E

I certify that the foregoing is a correct transcript from electronic sound recording of the proceedings in the above-entitled matter.

_____                    _____
Lisa Contreras                             Date
Transcriber