# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RODNEY THOMAS,** | * |
| Petitioner, | * |
| v. | *   Case No. RWT 10-cv-2274 |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

## ORDER

Upon consideration of Petitioner's Complaint for Writ of *Coram Nobis*, ECF No. 1, the United States' Opposition to Petition for Writ of Error *Coram Nobis*, ECF No. 6, the United States' Supplemental Answer in Opposition to Petition for Writ of Error *Coram Nobis*, ECF No. 23, Petitioner's Supplemental Memorandum in Support of Petition for Writ of Error *Coram Nobis*, ECF No. 24, the record, the arguments presented by counsel at a hearing held before the undersigned on March 15, 2013, for the reasons stated on the record, and finding that Petitioner has filed to satisfy the four prerequisites for *coram nobis* relief as set forth in *United States v. Akinsade*, 686 F.3d 248, 252 (4th Cir. 2012), it is this 18th day of March, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Petitioner's Complaint for Writ of *Coram Nobis*, ECF No. 1, is **DENIED**, and the Clerk is directed to close this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE